# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00120-CV

**In re Wendi Mae Davidson**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Wendi Mae Davidson filed a petition for writ of mandamus on February 13, 2020, requesting that this Court compel the trial court to sign a written order memorializing the trial court's oral ruling at a July 11, 2019 hearing. The trial court had signed a written order on December 23, 2019, and that order was included in a supplemental clerk's record provided to this Court on January 17, 2020. This Court has now provided Davidson, who is indigent and an inmate incarcerated in the Texas Department of Criminal Justice, with a copy of the clerk's record and reporter's record for her related appeal, No. 03-19-542-cv, *Davidson v. Davidson*. Accordingly, we dismiss Davidson's petition for writ of mandamus as moot. *See In re Luna*, 317 S.W.3d 484, 484 (Tex. App.—Amarillo 2010, orig. proceeding) (dismissing mandamus petition as moot after trial court issued ruling on pending motion); *see also* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: March 6, 2020